

FILED

DEC 1 4 2005

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA    )
                              )
v.                       )      CR. NO.   2:05cr294-F
                              )           [21 USC 841(a)(1)]
JENNIFER VANHUNNIK     )           21 USC 846]
                              )
                              )      INDICTMENT

The Grand Jury charges:

### COUNT 1

From an unknown date to on or about November 24, 2004, in the Middle District of Alabama, and elsewhere,

### JENNIFER VANHUNNIK,

defendant herein, did knowingly and willfully combine, conspire, confederate and agree together with other persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute more than more than 50 grams of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

### COUNT 2

On or about November 24, 2004, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere,

### JENNIFER VANHUNNIK,

defendant herein, did knowingly and intentionally possess with intent to distribute more than 50 grams of a mixture and substance containing a detectible amount of

methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United

States Code, Section 841(a)(1).

A TRUE BILL:

Foreperson

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

TERRY F. MOORER
Assistant United States Attorney

2