COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA

√ INITIAL APPEARANCE                          DATE:   May 1, 2006
❏ BOND HEARING
❏ DETENTION HEARING                           DIGITAL Recording : 11:07 - 11:12
❏ PRELIMINARY (EXAMINATION)(HEARING)                          11:32 - 11:38
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

PRESIDING MAG. JUDGE: VANZETTA PENN MCPHERSON     DEPUTY CLERK: Wanda Robinson
CASE NO.   2:05cr294-MEF                DEFENDANT NAME:  Jennifer Vanhunnik
AUSA:  Todd Brown                       DEFT. ATTY: Michael Peterson, Roianne Conner
                                            FD Peterson stood in temporarily until Atty.
                                            Conner's arrival
                                        Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
PTSO:  Ron Thweatt                      USPO: _____

Defendant ( ) does; (√ ) does NOT need an interpreter
Interpreter present  (√ ) NO; ( ) YES       Name:

| | | |
|---|---|---|
| √ | | Date of Arrest 5/1/06  or ❏ Arrest Rule 40 |
| √ | | Deft First Appearance. Advised of rights/charges.   Prob/Sup Rel Violator |
| ❏ | | Deft First Appearance with Counsel |
| ❏ | | Deft. First Appearance without Counsel |
| ❏ | | Requests appointed Counsel |
| ❏ | | Financial Affidavit executed   *ORAL MOTION FOR APPT OF COUNSEL* |
| ❏ | | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* |
| ❏ | | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| √ | | Deft. Advises he will retain counsel.      Has retained: Roianne Conner |
| ❏ | | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | | Detention Hearing ❏ held; ❏ set for |
| ❏ | | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered |
| ❏ | | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered |
| √ | | Release order entered.  Deft advised of conditions of release |
| √ | | BOND EXECUTED (M/D AL charges) $.  25,000 |
| ❏ | | BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | | Deft. ORDERED REMOVED to originating district |
| ❏ | | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | | ARRAIGNMENT ❏ HELD. Plea of NOT GUILTY entered.  √❏ Set for 5/17/06 @ 10:00 am |
| ❏ | | DISCOVERY DISCLOSURE DATE: |
| √ | | NOTICE to retained Criminal Defense Attorney handed to counsel |
| ❏ | | WAIVER of Speedy Trial. |
| √ | | CRIMINAL TERM:  9/11/06  PRETRIAL: 6/2/06 |