IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) |
| | ) CASE NO. 2:05 CR 294-F |
| JENNIFER VANHUNNIK | ) |
| | ) |
| | ) |

RECEIVED
2006 MAY -3  A 11: 26
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, the Honorable Roianne Houlton Conner, and the Law Office of Roianne Houlton Conner, and hereby notifies this Honorable Court of their appearance as Counsel of record for Jennifer VanHunnik, in the above style case.

Respectfully submitted on this the 2nd day of May 2006.

ROIANNE HOULTON CONNER
ASB -9677-R77R

OF COUNSEL:

LAW OFFICE OF ROIANNE HOULTON CONNER
P. O. BOX 240458
MONTGOMERY, AL  36124
334-215-1988

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Appearance of Counsel upon the Honorable Terry F. Moorer P O Box 197, Montgomery, AL 36101-0197 by pre-paid postage on this the 2nd day of May, 2006.

ROIANNE HOULTON CONNER