**COURTROOM DEPUTY MINUTES**  **DATE:** May 17, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING: 11:00 - 11:02**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON  **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 2: 05CR294-MEF    **DEFT. NAME:** Jennifer Vanhunnik

**USA:** Terry Moorer    **ATTY:** Roianne Houlton Conner

Type Counsel: ( ✓ ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO ;

**USPTSO / USPO:**

Defendant ____ does ___ ✓ ___ does NOT need an interpreter; NAME ____

- ☐ Kars.  Date of Arrest _____ or ☐ karsr40
- ☐ kia.  Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS; ☐ **ORAL** Motion for Appt. Of Counsel.
- ☐ koappted  **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐  **DETENTION HRG** ☐ held; ☐ set for _____ ; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
  ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.  Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.  **ARRAIGNMENT** SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
  ✓ Trial Term 9/11/06 _____ ; ✓ **PRETRIAL CONFERENCE DATE:** 6/2/06 @ 10:00 a.m.
  ✓ **DISCOVERY DISCLOSURES DATE** 5/17/06 _____ Consent Date: 8/30/06
- ☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ✓ Kwvspt  **Waiver of Speedy Trial Act Rights Executed.**