**COURTROOM DEPUTY'S MINUTES**              **DATE:** 6/2/06

**MIDDLE DISTRICT OF ALABAMA**              Digital Recording: 9:14 - 9:14

**PRETRIAL CONFERENCE**

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson    **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr294-MEF                      **DEFENDANT(S):** Jennifer Vanhunnik

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Terry Moorer | | Anna Cook, Standing in For Roianne Conner |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**       Complete

☐ **PENDING MOTION STATUS:**  None

☐ **PLEA STATUS:**            Likely Plea

☐ **TRIAL STATUS**            9/11/06
                              2 days for trial

☐ **REMARKS:**