IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 MAY 31 P 2: 40

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | CASE NO. #2:05 CR 294-F |
| JENNIFER VANHUNNIK ) | |
| ) | |
| ) | |

## MOTION FOR SUBSTITUTION OF COUNSEL FOR STATUS CONFERENCE ONLY

COMES NOW, the Defendant, by and through her attorney of record, and hereby moves this Honorable Court to allow substitution of counsel for status conference only and as grounds therefore states as follows:

1. That Counsel for the defendant and Counsel for the government have been moving forward towards a resolution of this matter and the said will be resolved prior to the date set for plea.

2. That counsel for the defendant has to be out of state on Friday, June 2, 2006, however, the Honorable Anna Cook, an associate with the Law firm of counsel will participate in the said status conference

WHEREFORE THE PREMISES CONSIDERED, The Defendant, by and through her attorney of record, request this Honorable Court to allow substitution of counsel for status conference only.

Respectfully submitted on this 31st day of May, 2006.

                                                ROIANNE HOULTON CONNER
                                                ASB9677R77R

OF COUNSEL:

LAW OFFICE OF ROIANNE HOULTON CONNER
P. O. BOX 240458
MONTGOMERY, AL 36124
334-215-1988

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Motion for substitution of Counsel upon the Honorable Terry F. Moorer P O Box 197, Montgomery, AL 36101-0197 by pre-paid postage on this the 31st day of May, 2006.

                                                ROIANNE HOULTON CONNER