IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:05CR294-MEF |
| | ) | |
| JENNIFER VANHUNNIK | ) | |

## ORDER ON MOTION

Upon consideration of the defendant's Motion for Substitution of Counsel for Status Conference Only (Doc. #13), filed on 31 May 2006, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE