| COURTROOM DEPUTY'S MINUTES | DATE: 7/17/06 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 9:18 - 9:19 |

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr294-MEF     **DEFENDANT(S):** Jennifer Vanhunnik

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Terry Moorer | * | Anna Cook standing in for Roianne Conner |
| | * | |
| | * | |

❏ **DISCOVERY STATUS:**     Complete

❏ **PENDING MOTION STATUS:**     None

❏ **PLEA STATUS:**     Likely Plea

❏ **TRIAL STATUS**     9/18/06 Trial Term
                       2 days for trial

❏ **REMARKS:**     Defendant will possibly plea on the August consent docket