**COURTROOM DEPUTY'S MINUTES**          **DATE:** 8/21/06

**MIDDLE DISTRICT OF ALABAMA**          Digital Recording: 9:05 - 9:05

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE.** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NUMBER:** 2:05cr294-MEF          **DEFENDANT(S):** Jennifer Vanhunnik

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | |
| Terry Moorer | | Roianne Conner - NOT PRESENT |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**     Complete

☐ **PENDING MOTION STATUS:**     None

☐ **PLEA STATUS:**     Likely Plea

☐ **TRIAL STATUS**     9/18/06 Trial Term
                       2 days for trial

☐ **REMARKS:**