IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 2:05cr294-F |
| | ) | |
| JENNIFER VANHUNNIK | ) | |
| | ) | |

RECEIVED
2006 AUG 30  A 10: 15

## MOTION TO CONTINUE

**COMES NOW**, Jennifer Vanhunnik, by and through her attorney of record, the Honorable Roianne Houlton Conner and moves this Honorable Court to continue the date set for trial of this cause on September 18, 2006 and as grounds therefore states as follows:

1. That the Defendant is working with the Government on a ongoing investigation.

2. That her cooperation continues and the investigation she has been involved in has not been concluded.

3. That we are filing a Waiver of Speedy Trial simultaneously herewith.

4. That this Motion is being filed at the behest of the Government.

5. In the interest of justice the Defendant moves this Honorable Court to continue the said trial, further, the United States Attorney's office by and through the Honorable Terry Moorer concurs with the request set forth here and above.

**WHEREFORE THE PREMISES CONSIDERED**, Jennifer VanHunnik and her Counsel moves this Honorable Court to continue the date set for trial.

Respectfully submitted this the 30 day of August, 2006.

ROIANNE HOULTON CONNER

ASB 9677R77R
ATTORNEY FOR DEFENDANT
250 WINTON BLOUNT LOOP
MONTGOMERY, AL  36117
334-215-1988
334-215-7778 FAX

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Waiver of Speedy Trial upon the Honorable Terry Moorer, by mailing the same to his business address of P O Box 197, Montgomery, AL  36101 on this the 30 day of August, 2006.

Roianne Houlton Conner