IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:05cr294-F |
| | ) |
| JENNIFER VANHUNNIK | ) |
| | ) |

## AMENDED WAIVER OF SPEEDY TRIAL

**COMES NOW**, Jennifer VanHunnik, by and through her attorney of record and waives her right to a Speedy Trial as is guaranteed by the Constitution of the United States. The Defendant acknowledges that she has been informed that there is pending before the Court a Motion to Continue the trial of this cause. The Defendant further acknowledges that she has been informed that the case is currently set for the trial term beginning September 18, 2006. Further the Defendant understands that the trial of this case will be continued to the trial term of January 8, 2007.

JENNIFER VANHUNNIK

ROIANNE HOULTON CONNER
ASB 9677R77R
ATTORNEY FOR DEFENDANT
250 WINTON BLOUNT LOOP
MONTGOMERY, AL 36117
334-215-1988
334-215-7778 FAX

### CERTIFICATE OF SERVICE

I hereby certify that I have mailed a copy of the above and foregoing Waiver of Speedy Trial upon the Honorable Terry Moorer, by mailing the same to his business address of P O Box 197, Montgomery, AL 36101 on this the _____ day of August, 2006.

Roianne Houlton Conner