IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:05cr294-MEF |
| ) | |
| JENNIFER VANHUNNIK ) | |

## ORDER ON MOTION

Based upon the United States' Motion to Substitute Counsel (Doc. #32), filed on February 28, 2007, and for good cause, it is

ORDERED that the motion is GRANTED.

DONE this 28th day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE