IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-294-MEF |
| | ) | |
| JENNIFER VANHUNNIK | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files with this Honorable Court an unopposed Motion to Continue Trial in the above-styled cause, and as grounds for such states as follows:

1. The parties have entered into a cooperation agreement in this matter which, when completed, will resolve the case without the necessity and expense of trial.

2. The parties agree that an additional two (2) months is needed to complete the defendant's cooperation agreement in this case.

3. Roianne Conner, Esq., attorney for defendant, is scheduled for medical proceedings in Birmingham, Alabama, at the time this matter is currently set for trial and will be unavailable to proceed to trial.

4. The defendant will not be prejudiced by a continuation of trial in this case.

5. Mrs. Conner has no objections to the requested continuation.

Respectfully submitted this 19th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280   Fax: (334)223-7135
susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05-cr-294-MEF |
| | ) | |
| JENNIFER VANHUNNIK | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Roianne Conner, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
susan.redmond@usdoj.gov