IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. 2:05cr294-MEF |
| ) | |
| JENNIFER VANHUNNIK ) | |

## ORDER

For good cause, it is

ORDERED that the pretrial conference currently set for September 21, 2007, is hereby reset for September 14, 2007, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 20th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE