IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. 2:05-cr-294-MEF |
| | ) |
| JENNIFER VANHUNNIK | ) |

RECEIVED
2007 SEP 21 A 10: 08

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, JENNIFER VANHUNNIK by and through her attorney of record and notifies this Honorable Court of his intent to change her pleas from not guilty to guilty.

Respectfully submitted on this 21st day of September, 2007.

_____
ROIANNE HOULTON CONNER
ATTORNEY FOR JENNIFER VANHUNNIK
ASB9677R77

LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
mrsrhconner@yahoo.com
FAX: (334) 215-7778

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:05-cr-294-MEF |
| | ) | |
| JENNIFER VANHUNNIK | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the Honorable SUSAN R. REDMOND, Assistant U.S. Attorney, and mailing a copy of the same to her business address of One Court Square, Suite 201, Montgomery, Al 36104 on this 21st day of September, 2007..

ROIANNE HOULTON CONNER
ATTORNEY FOR JENNIFER VANHUNNIK
ASB9677R77R

LAW OFFICES OF ROIANNE
HOULTON CONNER
250 WINTON BLOUNT LOOP
P.O. BOX 240458
MONTGOMERY, ALABAMA 36124
TELEPHONE: (334) 215-1988
FAX: (334) 215-7778