| COURTROOM DEPUTY MINUTES | DATE: 9/25/07 | DIGITAL RECORDING: 2:33 - 2:37 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA         COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT          x CHANGE OF PLEA          ❏ CONSENT PLEA

❏ RULE 44(c) HEARING          ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.*     **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *2:05cr294-MEF*     **DEFENDANT NAME:** *Jennifer Vanhunnik*

**AUSA:** *Susan R. Redmond*     **DEFENDANT ATTY:** *Jon Carlton Taylor*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( ) Panel CJA;    (X) CDO

**USPO:** _____

**Defendant** _____ does     x      does NOT need and interpreter.

**Interpreter present?**  x   NO   _____ YES    Name: _____

****PLEA NOT TAKEN; Rescheduled to 9/28/07 @ 9:00 a.m. due to discussions off the record************

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty          ❏ Nol Contendere

❏ Not Guilty by reason of insanity

❏ Guilty as to:

  ❏ Count(s) _____ of the Felony Indictment.

  ❏ Count(s) _____   ❏ dismissed on oral motion of USA;

  ❏ to be dismissed at sentencing

— **ORAL ORDER ADJUDICATING GUILT as to COUNT**

— Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.    ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under same bond ; ❏ Released on Bond & Conditions of Release

  ❏ summons; for:

❏ Trial on _____ ; ❏ Sentencing  ❏ to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

  ❏ Posting a $_____ Bond;

  ❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.