IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. CASE NO: 2:05cr294-MEF |
| | ) | |
| JENNIFER VANHUNNIK | ) | |

## **ORDER**

Court convened on September 25, 2007 to take the change of plea for JENNIFER VANHUNNIK. For the reason stated off the record, during the proceeding,

IT IS ORDERED that the change of plea for said defendant be RESET to September 28, 2007 at 9:00 a.m., in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 26 day of September, 2007.

/s/ Wallace Capel,Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE